IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  vs.<br><br>DANNON VANDERSCHAAF, aka DANNON GRANT,<br><br>              Defendant. | 4:25CR3092<br><br>MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

    1. The defendant is presently incarcerated at Dakota County Jail, Dakota City, Nebraska, in the custody of the Warden of said facility.

    2. It is necessary that the said defendant be before the Honorable Jacqueline M. DeLuca for a hearing beginning on or after October 29, 2025, at 3:00 p.m.

    WHEREFORE, the petitioner prays that the Clerk of this Court be ordered to issue a Writ of Habeas Corpus Ad Prosequendum to the Warden of Dakota County Jail, and the United States Marshals Service for the appearance of said defendant as requested above and for such other proceedings as the Court may direct.

                                        UNITED STATES OF AMERICA,
                                        Petitioner

                                        LESLEY A. WOODS
                                        United States Attorney
                                        District of Nebraska

              By:    *s/ Tessie Smith*
                            TESSIE L. SMITH, #25828
                            Assistant U.S. Attorney
                            487 Federal Building
                            100 Centennial Mall North
                            Lincoln, NE   68508
                            Tel:  (402) 437-5241
                            E-mail:  Tessie.Smith@usdoj.gov